**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv157**

| | | |
|---|---|---|
| **CLEAR CREEK LANDING HOME OWNERS' ASSOCIATION, INC.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Recently the entire Court converted to Microsoft Word from WordPerfect. In the process of this conversion, the Court has been made aware of the fact that numerous typographical errors appear in some of the Court's Orders once they are placed on the Court's docket.  Unfortunately, these errors do not appear in the document prior to it being uploaded onto CM/ECF.  The Court recognizes that some of these errors appear in the Court's December 20, 2012, Order and apologizes to counsel for any inconvenience this may have caused counsel in reviewing this Order.  The Court is working to correct this issue going forward.

Signed: January 2, 2013

Dennis L. Howell
United States Magistrate Judge